UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL KHALIQ VAYANI,

                Plaintiff,

- against -

146 WEST 29TH STREET OWNERS CORP., ET AL.,

                Defendant.

24-cv-196 (JGK)
24-cv-450 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **April 4, 2024** at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           March 29, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                **United States District Judge**