UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL KHALIQ VAYANI,

             Plaintiff,

- against -

146 WEST 29TH STREET OWNERS CORP., ET AL.,

             Defendant.

24-cv-196 (JGK)
24-cv-450 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

The Clerk is respectfully requested to strike ECF No. 18 in Case No. 24-cv-196 and ECF No. 11 in Case No. 24-cv-450. These documents will be filed under seal.

The Clerk is respectfully requested to mail a copy of this order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
           April 5, 2024

                                              John G. Koeltl
                                        United States District Judge