UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ABDUL KHALIQ VAYANI,

                         Plaintiff,

         - against -

146 WEST 29TH STREET OWNERS CORP.,
ET AL.,

                     Defendants.
_____

24-cv-196 (JGK)
24-cv-450 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court received a letter from the plaintiff dated April 23, 2024, see ECF No. 23, in which the plaintiff sought to file an amended complaint and to name numerous additional defendants. The Court then filed an order, granting the plaintiff's motion for leave to file an amended complaint. See ECF No. 24.

The Court provides the parties with the following updated filing schedule: The plaintiff may file an amended complaint by **May 17, 2024,** naming any appropriate defendants. Any defendants may file a motion to dismiss the amended complaint by **June 14, 2024.** The plaintiff may respond by **July 8, 2024,** and the defendants may reply by **July 15, 2024.**

The plaintiff should be aware that he has the responsibility to serve a summons and the complaint on any defendant named or the complaint may be dismissed against those defendants for failure to serve. Also, given the numerous defendants the plaintiff attempts to sue, the plaintiff should be aware that he must have a good faith basis to name each defendant and that, if he does not have

such a basis, he may be subject to sanctions. Finally, the Court repeats its earlier advice to the plaintiff that he may seek the assistance of the New York Legal Assistance Group that provides free legal advice to pro se litigants in the court.

The Clerk is requested to mail this Order and attachments to the plaintiff's address and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          May 9, 2024

                                    John G. Koeltl
                              United States District Judge

2