UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUL KHALIQ VAYANI,

                Plaintiff,

    - against -

146 WEST 29TH STREET OWNERS CORP.,
ET AL.,

                Defendants.

24-cv-196 (JGK)
24-cv-450 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court provides the parties with the following updated filing schedule: The plaintiff may file an amended complaint by **July 15, 2024**, naming any appropriate defendants. Any defendants may file a motion to dismiss the amended complaint by **August 19, 2024**. The plaintiff may respond by **September 9, 2024**, and the defendants may reply by **September 23, 2024**.

    There will be no further extension of the time to serve the amended complaint. The Court repeats its previous advisory that the plaintiff should be aware that he has the responsibility to serve a summons and the complaint on any defendant named or the complaint may be dismissed against those defendants for failure to serve. Also, given the numerous defendants the plaintiff attempts to sue, the plaintiff should be aware that he must have a good faith basis to name each defendant and that, if he does not have such a basis, he may be subject to sanctions.

The Clerk is requested to mail this Order to the plaintiff's address and to note mailing on the docket.

**SO ORDERED.**

**Dated:**   New York, New York
  July 1, 2024

_____
John G. Koeltl
**United States District Judge**