```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ABDUL KHALIQ VAYANI,

                Plaintiff,

- against -

146 WEST 29TH STREET OWNERS CORP., ET AL.,

                Defendants.

24-cv-196 (JGK)
24-cv-450 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court provides the parties with the following updated filing schedule: The plaintiff may respond to the defendants' motion to dismiss by **September 23, 2024**, and the defendants may reply by **October 7, 2024**.

    The Clerk is requested to mail this Order to the plaintiff's address and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
            August 8, 2024

                                        John G. Koeltl
                              United States District Judge