UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL KHALIQ VAYANI,                          24-cv-196 (JGK)

               Plaintiff,                ORDER

     - against -

146 WEST 29TH STREET OWNERS
CORPORATION,

               Defendants.

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with their respective fully briefed motions to dismiss the first amended complaint (ECF No. 31).

SO ORDERED.

Dated:    New York, New York
           October 21, 2024

                                  John G. Koeltl
                             **United States District Judge**