UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABDUL KHALIQ VAYANI,

                Plaintiff,

-against-                             24 **CIVIL** 0196 (JGK)

## **JUDGMENT**

146 WEST 29TH STREET OWNERS CORP.,
ET AL.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 05, 2025, the defendants respective motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure are granted. Generally, leave to amend should be freely granted. See Foman v. Davis, 371 U.S. 178, 182 (1962). Leave to amend should be granted in the absence of evidence of undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility. Monahan v. N.Y.C. Dep't of Corr., 214 F.3d 275, 283 (2d Cir. 2000). For the reasons explained in the opinion, any amendment would be futile and would cause undue prejudice to the defendants. The FAC is therefore dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       February 6, 2025

                                                            **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                               **BY:**

                                                                 Deputy Clerk